**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

HUSEYIN DEMIR                                                                            PETITIONER

vs.                                    Civil Case No. 2:10CV00002-BRW-JTK

T.C. OUTLAW, Warden,
FCI, Forrest City, Arkansas                                                       RESPONDENT

## **ORDER**

Pending before the Court is Petitioner's Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. In the Petition, Petitioner states that he appealed the findings of the Discipline Hearing Officer (DHO) to the Central Office and has been unable to obtain a copy of the appeal response. (Docket entry #1, Petition for Writ of Habeas Corpus, at 1)

The Respondent is directed to provide the Court with a copy of the Cental Office decision within thirty (30) days.

SO ORDERED this 8th of March, 2011.

_____
United States Magistrate Judge