# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

**HUSEYIN DEMIR**                                                                                       **PETITIONER**

**v.**                                 **2:10CV00002-BRW-JTK**

**T.C. OUTLAW, Warden,**                                                  **RESPONDENT**
**FCI, Forrest City, Arkansas**

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that plaintiff's complaint is DISMISSED with prejudice.

IT IS SO ADJUDGED this 19th day of April, 2011.

                                                                    /s/Billy Roy Wilson
                                          UNITED STATES DISTRICT JUDGE